**AFFIDAVIT IN SUPPORT OF APPLICATION FOR
CRIMINAL COMPLAINT AND ARREST WARRANT**

I, T. Michael Class Jr. being duly sworn on oath, depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since September 17, 2017. I am currently assigned to the FBI Charlotte Field Office, Transnational Organized Crime (TOC-W). My duties included investigations of violations of federal criminal law throughout the Western and Middle District of North Carolina. Prior to joining the TOC-West Task Force, I was assigned to the FBI's Washington Field Office for seven years. My duties included investigations of violations of federal laws as they pertain to terrorism, both international and domestic, and criminal violations throughout the Eastern District of Virginia. Through formal and on the job training, I have developed experience in investigations dealing with terrorist activities, narcotics offenses, and criminal enterprises set forth in the United States Code. As an FBI Special Agent, I am authorized to investigate violations of federal law and to execute warrants issued under the authority of the United States. My duties include participation in numerous Organized Crime Drug Enforcement Task Force (OCDETF) investigations.

2. This Affidavit is being made for the purpose of securing a Criminal Complaint charging **Jorge Antonio Miramontes-Sanchez (SANCHEZ)** with: (i) possession with intent to distribute 50 grams or more of methamphetamine, a controlled substance, in violation of Title 21 United States Code § 841(a)(1) and 841(b)(1)(A).

3. All of the information contained in this Affidavit is the result of my own investigation, or it has been provided to me by other law enforcement authorities whom I believe to be reliable.

**PROBABLE CAUSE**

5. On October 1, 2025, at approximately 11:00 am, a confidential human source (CHS)[1] , who has proven to be reliable spoke with Subject 1, a suspected intermediary between narcotics users and narcotics suppliers, to purchase one (1) pound of methamphetamine for approximately $1,900. At approximately 11:55 am, Subject 1 texted the same CHS and provided an address, 4391 Central Avenue, Charlotte, North Carolina, and a meet time of "45 minutes" and that "he [SANCHEZ] is picking up and heading there".

6. FBI Agents conducted a search of the CHS vehicle which was negative for contraband. CHS was provided a recording device.

7. FBI Surveillance instituted at Sanchez's Residence, located at 2038 Weyland Avenue, Charlotte, North Carolina at approximately 10:50 am. At approximately 12:40 pm, surveillance witnessed SANCHEZ departed his residence, located at 2038 Weyland Avenue, Charlotte, North Carolina, entered the backseat of a rideshare vehicle, and proceeded directly to the deal location, located at 4391 Central Avenue, Charlotte, North Carolina.

---

[1] CHS is a long-time resident of Gaston County, North Carolina. CHS has a felony conviction for possession of methamphetamine. CHS has been cooperating with law enforcement for approximately three years and is currently working off charges. Through the course of law enforcement's interaction with CHS, CHS has been show to be reliable and information provided by CHS has been corroborated by law enforcement. CHS has known SANCHEZ for approximately two months. CHS has provided truthful information with respect to this case which has been corroborated through various law enforcement reporting including consensually recorded telephone calls and controlled purchases conducted by CHS and Subject 1.

8. At approximately 12:53 pm, Subject 1 texted the CHS saying he was "pulling in 3 minutes" and asked what car the CHS was in.

9. At approximately 12:55 pm, law enforcement on surveillance observed SANCHEZ was dropped off at the deal location and walked into the CVS. At approximately 12:57 pm, SANCHEZ exited the CVS and entered the CHS' vehicle. SANCHEZ provided the CHS with approximately one (1) pound of methamphetamine in a bag, was paid $1,900 in USD by the CHS, then departed the vehicle and walked away.

10. Following the transaction, the CHS met back with FBI agents and handed over the approximately one (1) pound of methamphetamine. CHS was searched for contraband and recording device recovered. The CHS was debriefed and recounted his/her interaction with SANCHEZ.

11. FBI agents then transported the methamphetamine back to FBI Charlotte, located at 7915 Microsoft Way, Charlotte, North Carolina where it was field tested and tested positive for methamphetamine. The suspected methamphetamine was weighed with a total package weighed of approximately 451.2 grams. The suspected methamphetamine was then packaged, labeled, and charged into evidence at approximately 3:38 pm.

12. The same drug exhibit was sent to the Drug Enforcement Administration's Mid-Atlantic Laboratory for testing and analysis. Upon completion of the analysis, a DEA Mid-Atlantic lab result was produced which indicated a positive result for methamphetamine weighing 445.8 grams +/-0.2 grams with a substance purity of 96%, constituting approximately 427 grams of methamphetamine actual.

13. Law enforcement reviewed the video of the narcotics exchange, along with surveillance photos taken during the purchase. Law enforcement utilized facial recognition software to identify Jorge Antonio Miramontes-SANCHEZ as having previously been encountered by law enforcement on three occasions related to his legal status or attempts to enter the United States without permission. The previous photos of Jorge Antonio Miramontes-SANCHEZ, compared to the surveillance video and photos from the October 1, 2025 narcotics buy, confirmed that Jorge Antonio Miramontes-SANCHEZ was the individual who sold methamphetamine to the CHS on October 1, 2025.

## CONCLUSION

14. Based on this affidavit, I offer that Jorge Antonio Miramontes-SANCHEZ did distribute more than 50 grams of methamphetamine actual in violation of Title 21 United States Code § 841(a)(1) and 841(b)(1)(A). Wherefore, I respectfully request the issuance of this Criminal Complaint and Arrest Warrant based on the facts contained within the Affidavit.

Respectfully submitted,

*/s/ T. Michael Class Jr.*
T. Michael Class Jr.,
FBI Special Agent

*This Affidavit was reviewed by AUSA Alfredo De La Rosa.*

In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit, which was submitted to me by reliable electronic means, on this 29th day of October, 2025 at 2:58 PM.

W. Carleton Metcalf
United States Magistrate Judge